| | |
|---|---|
| 1 | **Jamilla Moore (SBN 177733)**<br>**Law Office of Jamilla Moore** |
| 2 | **655 Montgomery Street, Ste. 540**<br>**San Francisco, CA 94111** |
| 3 | **(415) 728-9808** |
| 4 | **Attorney for Debtor**<br>**Saladin El-Mohammed** |

## UNITED STATES BANKRUPTY COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

|  |  |
|---|---|
| ) | CASE NO. 10-48882 |
| ) | Chapter 13 |
| ) | |
| *IN RE SALADIN EL-MOHAMMED* ) | DEBTOR'S MOTION FOR |
| ) | EXTENSION OF TIME TO |
| ) | RESPOND TO COURT'S ORDER |
| ) | TO FILE REQUIRED DOCUMENTS |
| ) | |
| Debtor ) | [Proposed] ORDER |
| ) | |
| ) | Assigned For All Purposed To |
| ) | The Honorable Randall J. Newsome |
| ) | |
| ) | Martha G. Bronitsky, Ch. 13 Trustee |
| ) | |
| ) | Northern District of California - |
| ) |  Oakland Division |
| ) | United States Bankruptcy Court |
| ) | 1300 Clay Street, Suite 300 |
| ) | Oakland, CA 94604-1426 |
| _____ ) | |

Debtor Saladin El-Mohammed respectfully asks the Court to grant him additional time to respond to this Court's August 3, 2010 "Order to File Required Documents Notice Re Automatic Dismissal." The Debtor requests a ten day extension of time (from August 17, 2010 to August 27, 2010) or, in the alternative, an extension of time to a date no longer than five court days after this Court rules on the reinstatement pleadings currently pending in the Debtor's presently dismissed Chapter 13 case, number 09-41557.

---

Debtor's Application for Extension of Time (BK:10-48882)

,                                                                                                         -1-

This application is based upon the points and authorities contained herein, the attached declarations, and all documents and pleadings previously filed in this matter. Debtor has not previously applied to any judicial officer for similar relief.

Dated: August 16, 2010      /s/ Jamilla Moore /s/

   Jamilla Moore
   Counsel For Debtor

## POINTS AND AUTHORITIES

Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1), "when an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of court, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed."

Good cause exists here for an extension of time. The Debtor is awaiting the scheduling of ex parte and/or confirmation calendar hearing date(s) for his previously confirmed Chapter 13 case, number 09-41557. Pending in that case is a motion to vacate the order of dismissal, as well as a motion to amend the Chapter 13 plan. This successor Chapter 13 petition (case 10-48882) was filed because a trustee sale of the Debtor's homestead was scheduled while the Debtor was engaged in discussions with the trustee over the corrections needed for approval of the Chapter 13 plan.

After four rounds of objections and corrections spanning two months, it appears that the Debtor's amended plan and reinstatement motion have now been approved by the trustee. If this Court reinstates case 09-41557 and confirms the amended Chapter 13 plan therein, the Debtor will immediately move to dismiss this case (10-48882). Counsel for the Debtor has been trying to reserve a place on the Court's next available ex parte and/or

Debtor's Application for Extension of Time (BK:10-48882)

,                                    -2-

confirmation calendar.

To lessen the burden on this Court, and on the Court's and trustee's – all of whom have already been burdened by the extensive work on the reinstatement and amended plan filings – the Debtor asks the Court to set the due date for the documents still required for the 10-48882 petition to a date after a hearing has been held and an Order issued on the reinstatement and amended plan pending in 09-41557.

## **ORDER**

[ ]  The Court hereby orders that the request of Debtor Saladin El-Mohammed to extend time to respond to August 27, 2010 is hereby **GRANTED**.

[ ]  The Court hereby orders that Debtor must file his response on or before _____ court days after this Court's order vis a vis the motion to reinstate the case and amended Chapter 13 plan currently pending in case number 09-41557.

**IT IS SO ORDERED**.

Dated: August ___, 2010        By:  _____
                                    Randall J. Newsome
                                    United States Bankruptcy Judge

Debtor's Application for Extension of Time (BK:10-48882)

,                                   -3-