```
Jamilla Moore (SBN 177733)
Law Office of Jamilla Moore
655 Montgomery Street, Ste. 540
San Francisco, CA  94111
(415) 728-9808

Attorney for Debtor
Saladin El-Mohammed
```

UNITED STATES BANKRUPTY COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| IN RE SALADIN EL-MOHAMMED<br><br>  Debtor | CASE NO. 10-48882<br>Chapter 13<br><br>DECLARATION OF ATTORNEY JAMILLA MOORE IN SUPPORT OF MOTION FOR EXTENSION OF TIME |

I, Jamilla Moore, hereby declare:

1. I am an attorney licensed to practice law in the State of California (SBN 177733) and admitted to practice before the United States District Court for the Northern District of California.

2. On May 11, 2010, the trustee moved to dismiss Mr. El Mohammed's confirmed Chapter 13 case (case no. 09-41557) for failure to make plan payments. In anticipation of adversary litigation, on June 7, 2010 on my advice the Debtor in pro per filed an amended plan that reduced his mortgage payment. On June 15, 2010, the trustee declared that the Debtor failed to respond to the motion to dismiss. The Court dismissed that bankruptcy case on June 17, 2010; the same day, Mr. El Mohammed filed a motion to reinstate the case and re-filed the amended plan.

---

Debtor's Application to Reinstate Case  (BK:09-41557)
,                                                    -1-

3. On July 9, 2010, the trustee filed an objection to reinstatement which made it clear that the "failure to respond" arose from the Debtor's unilateral reduction of the mortgage payment. On July 13 and 14, 2010, the Debtor filed a response to the trustee's objection and an amended motion to modify his Chapter 13 plan. On July 28, 2010, the trustee filed an objection to this plan because it did not acknowledge the previously confirmed total amount of the secured claim of National City Mortgage.

4. On July 29, 2010, I filed a corrected amended plan to fix this problem. On July 30, 2010, I spoke to the assigned trustee's staff attorney via telephone; he identified three additional items that needed to be corrected in the amended plan. Counsel was advised to file a new motion and amended plan rather than another "corrected" version, and did so.

5. In the meantime, a trustee sale of Mr. El Mohammed's home was scheduled for August 3, 2010. The Chapter 13 petition at issue in this motion (case no. 10-48882) was filed on August 2, 2010.

6. During the week of August 2, 2010, I spoke to a male member of the Court staff who answered the phone line for the calendar clerk for the Honorable Randall J. Newsome. I informed this gentleman that I was seeking a place on the ex parte calendar for a hearing on the motions to reconsider and to amend the plan, and I needed guidance regarding conflicting information I was receiving regarding whether it was necessary for me to file counsel substitution papers. On or about August 6, 2010, he left me a voice message – he discussed the counsel paperwork issue with a law clerk and provided me with an answer to my inquiry. However, I did not receive a response to my inquiry about the ex parte calendar.

7. On or about August 9, 2010, I placed another call to the phone line for Judge Newsome's calendar clerk. I left a long and perhaps overly detailed message

Debtor's Application to Reinstate Case (BK:09-41557)

,                                                          -2-

regarding the two motions pending in case 09-41557 and the successor petition in case 10-48882. I have not yet received a return phone call.

8. According to the bankruptcy court website, Judge Newsome is unavailable from August 9 until August 20, 2010. I have presumed – perhaps incorrectly – that my inability to schedule an ex parte or confirmation hearing date is related in some way to Judge Newsome's and/or the calendar clerk's absence from the Court.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in San Francisco, California.

Dated: August 16, 2010      /s/ Jamilla Moore /s/
                            Jamilla Moore
                            Attorney for Debtor S. El-Mohammed

---

Debtor's Application to Reinstate Case (BK:09-41557)

, -3-