Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward,CA 94545-1541
(510) 266- 5580
13trustee@oak13.com

Trustee for Debtor(s)

Entered on Docket
September 23, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: September 23, 2010

_____
**RANDALL J. NEWSOME**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re
Saladin El Mohammed

Debtors(s)

Chapter 13 Case Number:
10-48842-RN 13

In Proceedings Under
Chapter 13 of the
Bankruptcy Code

**ORDER OF DISMISSAL**

Upon Consideration of the declaration dated September 17, 2010 of Martha G. Bronitsky, Chapter 13 Standing Trustee, filed with this court attesting that no response has been received from the debtor(s) and more than twenty-one (21) days have elapsed since the Trustee's Motion to Dismiss Proceedings was served.

IT IS THEREFORE ORDERED that the above-referenced case be dismissed, and that any restraining orders heretofore entered in this case are hereby vacated. The Trustee shall submit at a later date her Trustee's Final Report for approval by the Court.

END OF ORDER

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | Saladin El Mohammed     Jamilla Moore Atty |
|   | 311 Oak St #516     655 Montgomery St #540 |
|   | Oakland,CA 94607     San Francisco,CA 94111 |
| 4 | |
| 5 | (Debtor(s))     (Counsel for Debtor) |